

FILED
DEC 14 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CENTRAL ALABAMA DIAGNOSTICS, LLC, | ) ) ) |
| Plaintiff/Counterclaim Defendant, | ) ) |
| v. | ) ) Case No. 2:15-CV-1840-KOB |
| TOSHIBA AMERICA MEDICAL SYSTEMS, INC., | ) ) ) ) |
| Defendant/Counterclaim Plaintiff. | ) |

<u>**Jury Verdict—Phase I**</u>

1. Do you find for Central Alabama Diagnostics on its breach of contract claim against Toshiba?

    Yes: ✓
    No: _____

2. Do you find for Central Alabama Diagnostics on its fraudulent suppression claim against Toshiba?

    Yes: ✓
    No: _____

    *If you answered "Yes" to Question 2, please proceed to Question 3. If you answered "No" to Question 2, please proceed to Question 4.*

3. Do you find by clear and convincing evidence that Toshiba consciously or deliberately acted toward Central Alabama Diagnostics with oppression, fraud, wantonness, or malice?

    Yes: ✓
    No: _____

    *Please proceed to Question 4.*

4. Do you find for Toshiba on its breach of contract counterclaim against Central Alabama Diagnostics?

Yes: _____

No: ___✓___

*Please date and sign this verdict form where indicated and inform the Court staff that you have reached a verdict.*

Birmingham, Alabama, this __14TH__ day of December, 2018.

_____
JURY FOREPERSON